UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CLARK VERMILLION,<br><br>        Petitioner,<br><br>   vs.<br><br>J.D. HARTLEY,<br><br>        Respondent.<br>_____/ | 1:09-cv-01392-OWW-GSA (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.

     IT IS SO ORDERED.

     **Dated:** **September 11, 2009**                        /s/ **Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE